# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

*Plaintiff,*

                                       Case No. CR-10-00434 RMW
                                       Hon. RONALD M. WHYTE

v.

**N'GUESSAN YAO**

*Defendant,*

## STIPULATED ORDER CORRECTING COURT RECORD

Upon the stipulation of the parties that the appearances of attorneys Raymond Levites and Thomas Joseph Nolan were erroneously terminated by the clerk's entries in the court record; the parties having further stipulated that the appearance of attorney Guy Sohou is limited solely to his representation of the Government of Cote D'Ivoire as a claimant in the forfeiture proceedings set forth in the indictment and that attorney Sohou does not represent defendant N'guessan Yao; the parties having further stated that attorney Raymond Levites and attorney Thomas Nolan were and remain the attorneys for defendant N'guessan Yao; the parties having brought the clerical mistake in this matter to the court's attention;

1

**IT IS HEREBY ORDERED** that the court clerk shall correct the court record by restoring the listing of attorney Raymond Alan Levites and attorney Thomas Nolan, Jr. as attorneys for Defendant N'guessan Yao; and,

**IT IS FURTHER ORDERED** that the court clerk shall correct the record by removing attorney Sohou as counsel for defendant N'guessan Yao.

**IT IS FURTHER ORDERED** that attorney Sohou's appearance is limited to representing the government of Cote D'Ivoire in the forfeiture proceedings only.

Date: FFF03G3FF

_____
**Hon. RONALD M. WHYTE**
United States District Court Judge

Stipulated to and Approved as to Form and content by:

    /s/ Elise Becker _____
ELISE BECKER
Assistant United States Attorney      Dated: Monday, November 14, 2011
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
(415) 436-6878
Elise.becker@usdoj.gov


    /s/Raymond Alan Levites
RAYMOND ALAN LEVITES
Levites and Associates, LLC      Dated: Monday, November 14, 2011
1251 Avenue of the Americas
Suite 920
New York, NY 10020
(212) 688-0500
leviteslaw@aol.com

___/s/Thomas J. Nolan_____  Dated: Monday, November 14, 20111
THOMAS J. NOLAN
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, CA 94301
(650) 326-2980
tnolan@nablaw.com


____/s/ Guy Sohou_____  Dated: Monday, November 14, 2011
Guy Sohou P-67842
Attorney for the Ivory Coast
(as to the forfeiture case only)
615 Griswold Suite 920
Detroit, MI 48226
(313) 964-1702
gsohou@sohoulaw.com