MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ELISE BECKER
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>              Plaintiff, <br>    v. <br> N'GUESSAN YAO AND MICHAEL BARRY SHOR, <br>             Defendants. <br><br> REPUBLIC OF THE COTE D'IVOIRE, <br>             Petitioner. | No. 10-CR-00434 RMW <br><br> **ANCILLARY PROCEEDING** <br><br> STIPULATION AND ORDER <br> RE: SCHEDULING |

The United States and the petitioner, the Republic of the Cote d'Ivoire, through their undersigned counsel, agree, subject to the Court's approval, that the Court re-schedule the deadlines for filing motions as set forth below, and also extend the deadline of the United States to file responses and objections to discovery which the Cote d'Ivoire recently served on the United States, as explained below.

In the December 12, 2012 Joint Case Management Statement, the parties agreed that no discovery was necessary for the resolution of the following motions which the parties agreed to file in accordance with the following schedule:

| | |
|---|---|
| 2/22/13 | petitioner Cote d'Ivoire's motion for the release of funds due to be filed; |
| 3/22/13 | the United States opposition and cross motion for partial summary judgment due to be filed; |
| 4/5/13 | petitioner reply and opposition to cross motion due to be filed; |
| 4/19/13 | the United States reply due to be filed; |
| 5/3/13 | hearing on the motions at 9:00 a.m. |

See Joint Case Management Statement ("JCMS"), filed December 12, 2012. The Court entered the parties' schedule as an order. See Criminal Minute Order, filed December 21, 2012.

On February 4, 2013, the Cote d'Ivoire served interrogatories, document requests and requests for admissions on the United States by mail. If such discovery were authorized, the United States's responses would be due on or before March 11, 2013.

On February 19, 2013, counsel for the Cote d'Ivoire requested the United States to agree to additional time for the filing of his motion for release of funds which would result in a new briefing schedule:

| | |
|---|---|
| 3/15/13 | petitioner Cote d'Ivoire's motion for the release of funds due to be filed; |
| 4/12/13 | the United States opposition and cross motion for partial summary judgment due to be filed; |
| 4/26/13 | petitioner reply and opposition to cross motion due to be filed; |
| 5/10/13 | the United States reply due to be filed; |
| 5/31/13 | hearing on the motions at 9:00 a.m.[1] |

The United States has no objection to extending the briefing time for petitioner Cote d'Ivoire, providing that the Cote d'Ivoire also agrees to extend the deadline for responding and objecting its

---

[1] Because the undersigned AUSA will be out of the country from May 17 through May 24, 2013, a hearing on May 31, 2013 is suggested.

Stip & Order Re: Scheduling
No. 10-CR-00434 RMW                    2

discovery requests by 30 days, to and including April 10, 2013. The Cote d'Ivoire has no objection to extending the time for the United States to respond and object to all of its pending discovery requests to and including April 10, 2013.

IT IS SO STIPULATED:

Dated: February 19, 2013

MELINDA HAAG
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: February 19, 2013

SOHOU LAW

/s/ Guy Sohou
GUY SOHOU
Admitted *Pro Hac Vice* as the
Attorney for the Republic of Cote d'Ivoire

PURSUANT TO THE FOREGOING STIPULATION, IT IS BY THE COURT ON THIS Fi DAY OF Tæ&@ , 2013, ORDERED THAT THE PARTIES SHALL FILE THEIR BRIEFS IN ACCORDANCE WITH THE EXTENDED BRIEFING SCHEDULE SET FORTH ABOVE, AND THAT THE UNITED STATES HAS UNTIL APRIL 10, 2011, TO RESPOND AND OBJECT TO THE COTE D'IVOIRE'S PENDING DISCOVERY REQUESTS.

/s/ Ronald M. Whyte
HONORABLE RONALD R. WHITE