MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
ELISE BECKER (NYBN 2540730)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.6748

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>N'GUESSAN YAO AND MICHAEL BARRY SHOR,<br><br>    Defendants.<br><br>REPUBLIC OF THE COTE D'IVOIRE,<br><br>    Petitioner. | No. 10-CR-00434 RMW<br><br>**ANCILLARY PROCEEDING**<br><br>STIPULATION OF THE PARTIES TO EXTEND THE TIME FOR PETITIONER TO FILE A REPLY BRIEF AND TO RESCHEDULE THE MOTIONS HEARING |

The parties agree, subject to the Court's approval, that the deadline for petitioner Cote d'Ivoire to file its reply brief in support of its motion for summary judgment be extended to and including July 26, 2013, and the hearing be rescheduled for August 9, 2013. Unless the time is extended, petitioner's reply brief is due to be filed on June 21, 2013 and the hearing is scheduled for July 12, 2013.

Counsel for petitioner, Guy Sohou, has requested the extension of time because he fractured his ankle on June 2, 2013, and required surgery on June 12, 2013. His physician excused him from work until August 6, 2013. In requesting the extension, counsel provided documentation from the emergency room and his physician. The undersigned Assistant United States Attorney does not object.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: June 14, 2013

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

SOHOU LAW

Dated: June 14, 2013

GUY SOHOU
Admitted *Pro Hac Vice* as the
Attorney for the Republic of Cote d'Ivoire

PURSUANT TO THE FOREGOING STIPULATION, IT IS BY THE COURT ON THIS \_\_\_\_ ᴳ DAY OF JUNE, 2013, ORDERED THAT THE REPLY BRIEF OF PETITIONER IS DUE TO BE FILED ON OR BEFORE THE 26th OF JULY, 2013, AND IT FURTHER ORDERED THAT THE HEARING SHALL TAKE PLACE ON THE CROSS MOTIONS ON THE 9th DAY OF AUGUST, 2013, AT 9:00 A.M.

Öæː\ĥî ĐĆí ⊞H

HONORABLE RONALD R. WHYTE
United States District Judge

Stip & Order Re: Scheduling
No. 10-CR-00434 RMW

2